Lawrence Brewster, Regional Solicitor
Rochelle Kleinberg, Associate Regional Solicitor
Bruce L. Brown, Attorney
Office of the Solicitor
U.S. Department of Labor
1111 Third Avenue, Suite 945
Seattle, Washington 98101
(206) 553-0940

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br>Plaintiff,<br>v.<br>OREGON PALLET REPAIR, INC., a corporation; BRYCE TAYLOR, an individual, and CARLY TAYLOR, an individual<br>Defendants | CIVIL ACTION<br><br>CASE NO. 3:07-cv 293 AH<br><br>**CONSENT JUDGMENT** |

Plaintiff has filed her Complaint and Defendants have appeared and have agreed to the entry of this Order and Judgment without contest. It is, therefore, upon motion of the Parties, and for cause shown:

I

**ORDERED**, that Defendants, their officers, agents, servants, employees and those persons in active concert or participation with them be and hereby are permanently enjoined and restrained from violating the provisions of § 15(a)(2) of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. 201 *et seq.*), hereinafter called "the Act," in the following manners:

**Defendants shall not,** contrary to § 6 of the Act, employ any employees engaged in commerce, or in the production of goods for commerce, or in an enterprise engaged in commerce

**OREGON PALLET REPAIR, INC. CONSENT JUDGMENT PAGE 1 OF 5**

or in the production of goods for commerce, at an hourly rate less than the federal minimum wage, and

**Defendants shall not,** contrary to § 7 of the Act, employ any employees engaged in commerce, or in the production of goods for commerce, or in an enterprise engaged in commerce or in the production of goods for commerce, for a workweek longer than forty (40) hours unless the employee receives compensation for his/her employment in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he/she is employed, and

**Defendants shall not,** contrary to § 11 of the Act, fail to make, keep and preserve records of the wages, hours and other conditions and practices of employment maintained by them, as prescribed by the regulations duly promulgated under said § 11(c) at 29 C.F.R. Part 516.

II

**IT IS FURTHER ORDERED** that the Plaintiff recover from Defendants the sum of **$78,759.24** in gross overtime back wages for its employees and **$8,000** in liquidated damages, as listed and allocated in the attached Exhibit A. Payment is to be made via checks to each individual employee and Defendants are responsible for calculating and deducting all applicable withholdings. Said payments shall be delivered directly to each employee as set forth in Exhibit A within 14 days of the signing of this Order.

Defendants shall, within 14 days of the signing of this order, provide Plaintiff with a list of checks sent out pursuant to the above paragraph. The list shall show the payee's name, address and telephone number, the gross amount paid each individual, and the deductions taken from the gross amount for each individual. Within 90 days of the signing of this order Defendants shall provide Plaintiff with copies of the front and back of each check that has been negotiated as of that date, or with proof of electronic payment for any employees paid electronically.

All checks issued pursuant to this Order shall be void if not cashed within 90 days of the date of issuance, and the face of the checks shall reflect this deadline. Any monies due under this Order which have not been negotiated by the appropriate employees within 90 days of issuance (due to Defendants' inability to locate said employee, to the employee's failure to negotiate the check within 90 days of issuance or for any other reason) shall be combined and issued in certified check form, payable to the U. S. Department of Labor. The check shall be in the net amount accompanied by a list of the employees for whom the check represents back wage payment, their Social Security Numbers and the legal deductions made from the gross amounts due. The check shall be mailed to:

**U.S. Department of Labor**
**Wage Hour Division**
**620 SW Main St., Rm 423**
**Portland, OR 97205**

If there is a default in the payment (to the affected employee or to the Wage-Hour Division of the U. S. Department of Labor as set forth above) of the checks of more than 20 days, each affected employee shall be paid an additional penalty of ten percent of the gross amount due that employee.

Plaintiff shall distribute the monies paid by Defendants under this Judgment to the employees identified in Exhibit A or their estates if that is necessary. Any money not so paid within three years because of inability to locate said employees or because of their refusal to accept said proceeds shall be deposited forthwith with the Treasury of the United States pursuant to 28 U. S.C. 2041.

### III

**IT IS FURTHER ORDERED** that if the Defendants fail to make the payments as set forth above, the Court shall appoint a Receiver. Plaintiff shall provide the Court with the names

of potential Receivers. The Court may appoint the Receiver from those offered by the Secretary or may appoint another Receiver at its discretion.

Defendants shall produce to the Court appointed Receiver all books and records and any other information the Receiver requires to carry out the provisions of this Judgment. In addition, the defendants shall submit to a sworn accounting by an independent certified public accountant and/or the Receiver, and shall testify if the accountant or Receiver so decides.

The Receiver shall serve until the payment of the monetary terms of this Judgment are satisfied. Defendants shall bear the full costs and expenses of the Receiver and any accountant retained pursuant to the terms of the above paragraph.

The Receiver shall have full authority to: collect the Defendants' assets and report his/her findings to the Court and the parties; to redeem and/or liquidate the Defendants' assets and turn over the proceeds to the Secretary; if the asset is a debt that is due, to collect it and turn over the proceeds to the Secretary; to analyze all transfers of the Defendants' assets; to prevent waste or fraud; and to do all acts and take all measures necessary or proper for the efficient performance of the duties under this Judgment and Order.

## IV

IT IS FURTHER ORDERED that the rights of any of the Defendants' employees or ex-employees not specifically mentioned in Exhibit A to this Judgment, to back wages under the Act, are neither affected nor extinguished by this Judgment and neither party to the action intends or contemplates that the Judgment entered in this action will affect such rights if any.

## V

IT IS FURTHER ORDERED that each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

DATED this 23 day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

**UNITED STATES DEPARTMENT OF LABOR**

Jonathan L. Snare
Acting Solicitor of Labor

Lawrence Brewster
Regional Solicitor

Rochelle Kleinberg
Associate Regional Solicitor

By _____
Bruce L. Brown, Attorney

Dated: 3-1-07

**Entry of this Judgment is hereby Consented to:**

_____
Carly Taylor, Individually and as authorized representative of Oregon Pallet Repair, Inc.

Dated: 2-23-07

_____
Bryce Taylor, Individually and as President of Oregon Pallet Repair, Inc.

Dated: 2-23-07

**OREGON PALLET REPAIR, INC. CONSENT JUDGMENT PAGE 5 OF 5**

| Exhibit "A" |
|---|---|---|---|---|---|

| LAST NAME | FIRST NAME | PERIOD COVERED | OT BACKWAGES | LIQUIDATED DAMAGES | GROSS TOTAL |
|---|---|---|---|---|---|
| Acevedo Vargas | Raudel | 9/29/04 - 10/27/04 | $ 469.44 | $ 47.68 | $ 517.12 |
| Acosta | Roger | 3/16/05 – 8/17/05 | $ 985.92 | $ 100.15 | $ 1,086.07 |
| Acuna | David | 7/5/06 – 7/5/06 | $ 41.20 | $ 4.18 | $ 45.38 |
| Altamirano | Jorge | 6/23/04 – 4/26/06 | $ 443.77 | $ 45.08 | $ 488.85 |
| Alvarez | Alonso | 8/25/04 - 11/3/04 | $ 965.13 | $ 98.03 | $ 1,063.16 |
| Amezcua | Gabriel | 6/23/04 – 9/22/04 | $ 510.54 | $ 51.86 | $ 562.40 |
| Anguiano | Luis | 3/15/06 – 6/28/06 | $ 376.06 | $ 38.20 | $ 414.26 |
| Armenta | Artemio | 12/15/04 12/29/04 | $ 76.19 | $ 7.74 | $ 83.93 |
| Armenta Jimenez | Fausto | 10/27/04 9/7/05 | $ 221.00 | $ 22.45 | $ 243.45 |
| Armenta Jimenez | Jose | 2/16/05 – 5/18/05 | $ 212.15 | $ 21.55 | $ 233.70 |
| Barajas Anguiano | Jose | 6/23/04 6/7/06 | $ 3,721.81 | $ 378.04 | $ 4,099.85 |
| Blanco | Jeobani | 11/10/04 - 2/8/06 | $ 1,772.77 | $ 180.07 | $ 1,952.84 |
| Calderon | Guillermo | 9/21/05 - 11/23/05 | $ 20.00 | $ 2.03 | $ 22.03 |
| Castro | Enrique | 1/18/06 – 6/14/06 | $ 425.50 | $ 43.22 | $ 468.72 |
| Castro | Luis | 7/13/05 – 9/28/05 | $ 249.28 | $ 25.32 | $ 274.60 |
| Chavez | Arnoldo | 7/28/04 -1/5/05 | $ 351.60 | $ 35.71 | $ 387.31 |
| Chavez | Jose | 3/1/06 – 3/1/06 | $ 44.42 | $ 4.51 | $ 48.93 |
| Chavez Chavez | Edelio | 1/25/06 – 6/14/06 | $ 40.75 | $ 4.14 | $ 44.89 |
| Chavez Chavez | Mayoio | 10/19/05 - 10/19/05 | $ 47.31 | $ 4.81 | $ 52.12 |
| Cheran | Miguel | 6/30/04 – 9/29/04 | $ 2,372.91 | $ 241.03 | $ 2,613.94 |
| Contreras | Ilario | 3/15/06 - 6/7/06 | $ 361.90 | $ 36.76 | $ 398.66 |
| Contreras | Miguel | 6/22/05 – 6/22/05 | $ 48.08 | $ 4.88 | $ 52.96 |
| Cooper | Troy | 9/21/05 - 10/12/05 | $ 260.00 | $ 26.41 | $ 286.41 |
| Cruz | Eleuterio Demetrio | 8/18/04 - 10/27/04 | $ 489.26 | $ 49.70 | $ 538.96 |
| Cuello Sanchez | Ausencio | 1/25/06 – 6/28/06 | $ 69.84 | $ 7.09 | $ 76.93 |
| De Dios | Roman | 6/23/04 – 8/17/05 | $ 1,418.70 | $ 144.10 | $ 1,562.80 |
| De Dios Cruz | Roman | 6/23/04 – 4/26/06 | $ 1,509.62 | $ 153.34 | $ 1,662.96 |
| De Dios Guevara | Elisendo | 1/5/05 - 9/13/06 | $ 105.79 | $ 10.75 | $ 116.54 |

Exhibit "A" to the Consent Judgment – Page 1 of 5

| LAST NAME | FIRST NAME | PERIOD COVERED | OT BACKWAGES | LIQUIDATED DAMAGES | GROSS TOTAL |
|---|---|---|---|---|---|
| Echevarra | Jose Guadalupe | 10/6/04 - 12/14/05 | $ 2,324.05 | $ 236.07 | $ 2,560.12 |
| Equihua | Alberto Carlos | 8/18/04 - 6/1/05 | $ 519.63 | $ 52.78 | $ 572.41 |
| Equihua | Jose Luis | 5/25/05 - 12/14/05 | $ 848.80 | $ 86.22 | $ 935.02 |
| Equihua | Miguel | 5/25/05 - 10/19/05 | $ 760.15 | $ 77.21 | $ 837.36 |
| Falcon Ayala | Agustin | 4/19/06 - 5/3/06 | $ 182.58 | $ 18.55 | $ 201.13 |
| Fernandez | Tony | 6/23/04 – 5/17/06 | $ 1,512.69 | $ 153.65 | $ 1,666.34 |
| Figueroa | Oscar Leon | 6/23/04 – 6/21/06 | $ 2,267.25 | $ 230.30 | $ 2,497.55 |
| Flores | Fidel | 6/23/04 – 6/21/06 | $ 1,000.37 | $ 101.61 | $ 1,101.98 |
| Garcia | Flavio | 7/6/05 - 5/10/06 | $ 163.91 | $ 16.65 | $ 180.56 |
| Garcia | Rigoberto | 7/28/04 – 4/27/05 | $ 404.61 | $ 41.10 | $ 445.71 |
| Garcia Torres | Pablo | 7/20/05 – 8/17/05 | $ 182.52 | $ 18.54 | $ 201.06 |
| Gines | Raul Antonio A | 7/28/04 – 6/14/06 | $ 2,741.15 | $ 278.43 | $ 3,019.58 |
| Godinez | Criseldo | 12/14/05 - 12/28/05 | $ 20.12 | $ 2.04 | $ 22.16 |
| Gonzales | Bulmaro | 10/5/05 - 10/26/05 | $ 49.34 | $ 5.01 | $ 54.35 |
| Gonzalez | Manuel | 4/12/06 – 4/12/06 | $ 238.06 | $ 24.18 | $ 262.24 |
| Gonzalez | Martin | 6/23/04 - 10/19/05 | $ 963.60 | $ 97.88 | $ 1,061.48 |
| Guevara | Sergio | 10/6/04 - 11/16/05 | $ 963.44 | $ 97.86 | $ 1,061.30 |
| Gutierrez | Fernando | 11/3/04 - 12/22/04 | $ 230.69 | $ 23.43 | $ 254.12 |
| Gutierrez | Francisco | 11/17/04 - 12/22/04 | $ 176.01 | $ 17.88 | $ 193.89 |
| Gutierrez | Luis Manuel | 5/17/06 – 5/17/06 | $ 27.00 | $ 2.74 | $ 29.74 |
| Hernandez | Ciro | 6/30/04 – 6/14/06 | $ 1,540.88 | $ 156.52 | $ 1,697.40 |
| Hernandez | Juan | 6/23/04 – 4/26/06 | $ 250.27 | $ 25.42 | $ 275.69 |
| Hidalgo | David | 1/12/05 – 6/21/06 | $ 1,425.82 | $ 144.83 | $ 1,570.65 |
| Hidalgo | Gonzalo | 1/19/05 – 6/14/06 | $ 1,683.08 | $ 170.96 | $ 1,854.04 |
| Huerta | Emanuel | 6/30/04 – 6/14/06 | $ 1,632.28 | $ 165.80 | $ 1,798.08 |
| Jacobe | Audel | 6/29/05 - 10/19/05 | $ 477.91 | $ 48.54 | $ 526.45 |
| Lazaro | Luis | 9/28/05 - 12/21/05 | $ 479.64 | $ 48.72 | $ 528.36 |
| Lemus | Joaquin | 8/4/04 – 2/2/05 | $ 471.27 | $ 47.87 | $ 519.14 |
| Leon | Miguel | 7/28/04 – 9/21/05 | $ 1,276.51 | $ 129.66 | $ 1,406.17 |

| LAST NAME | FIRST NAME | PERIOD COVERED | OT BACKWAGES | LIQUIDATED DAMAGES | GROSS TOTAL |
|---|---|---|---|---|---|
| Lopez | Antonio | 6/23/04 - 8/4/04 | $ 314.84 | $ 31.98 | $ 346.82 |
| Lopez | Luis A. | 9/29/04 - 11/17/04 | $ 310.12 | $ 31.50 | $ 341.62 |
| Lopez | Manuel | 7/13/05 – 7/20/05 | $ 266.76 | $ 27.10 | $ 293.86 |
| Lopez Perez | Silvino | 2/9/05 – 2/9/05 | $ 24.59 | $ 2.50 | $ 27.09 |
| Maldonado | Mario | 2/1/06 - 3/22/06 | $ 207.06 | $ 21.03 | $ 228.09 |
| Martinez | Sergio | 3/22/06 – 5/10/06 | $ 73.41 | $ 7.46 | $ 80.87 |
| Martinez Villasana | Jose | 6/28/06 – 6/28/06 | $ 52.31 | $ 5.31 | $ 57.62 |
| Melosime Jimenez | Camarino | 7/5/06 - 7/12/06 | $ 162.23 | $ 16.48 | $ 178.71 |
| Melqeusidad | Santiago | 7/28/04 - 3/8/06 | $ 351.27 | $ 35.68 | $ 386.95 |
| Montiel Hernandez | Miguel A. | 3/22/06 – 5/10/06 | $ 107.51 | $ 10.92 | $ 118.43 |
| Morales | Benjamin | 6/23/04 - 12/14/05 | $ 1,963.12 | $ 199.40 | $ 2,162.52 |
| Morales | Carlos | 1/5/05 – 1/5/05 | $ 48.01 | $ 4.88 | $ 52.89 |
| Morales | Francisco Javier | 7/14/04 - 10/26/05 | $ 1,738.40 | $ 176.58 | $ 1,914.98 |
| Morales | Lorenzo | 6/22/05 – 8/10/05 | $ 121.78 | $ 12.37 | $ 134.15 |
| Mosqueda | Antonio | 5/25/05 – 6/28/06 | $ 163.68 | $ 16.63 | $ 180.31 |
| Mota | Alejandro | 6/30/04 – 6/30/04 | $ 41.20 | $ 4.18 | $ 45.38 |
| Munoz | Milton | 3/8/06 – 3/8/06 | $ 42.49 | $ 4.32 | $ 46.81 |
| Murillo | Felipe | 6/23/04 – 6/22/05 | $ 1,417.04 | $ 143.94 | $ 1,560.98 |
| Murillo | Rafael | 6/23/04 – 6/14/06 | $ 2,548.40 | $ 258.85 | $ 2,807.25 |
| Noyola | Juan | 7/28/04 – 8/31//05 | $ 430.96 | $ 43.77 | $ 474.73 |
| Noyola | Pedro | 9/1/04 - 10/6/04 | $ 125.03 | $ 12.70 | $ 137.73 |
| Orozco | Clemente | 6/23/04 – 4/13/05 | $ 1,105.29 | $ 112.27 | $ 1,217.56 |
| Orozco | Cristobal | 6/23/04 -11/2/05 | $ 2,806.82 | $ 285.10 | $ 3,091.92 |
| Paasch | David | 8/4/04 – 8/4/04 | $ 46.25 | $ 4.70 | $ 50.95 |
| Pacheco Soto | Jose | 6/7/06 - 6/21/06 | $ 167.27 | $ 16.99 | $ 184.26 |
| Padilla | Reinaldo | 6/23/04 – 8/18/04 | $ 351.95 | $ 35.75 | $ 387.70 |
| Parra | Jorge Alfredo | 6/23/04 – 6/23/04 | $ 120.44 | $ 12.23 | $ 132.67 |
| Pasaye Remijio | Bartolome | 6/23/04 – 6/21/06 | $ 3,450.40 | $ 350.48 | $ 3,800.88 |

Exhibit "A" to the Consent Judgment – Page 3 of 5

| LAST NAME | FIRST NAME | PERIOD COVERED | OT BACKWAGES | LIQUIDATED DAMAGES | GROSS TOTAL |
|---|---|---|---|---|---|
| Perez | Everardo | 6/23/04 - 7/5/06 | $ 1,769.89 | $ 179.78 | $ 1,949.67 |
| Perez | Francisco | 11/10/04 - 12/28/05 | $ 262.38 | $ 26.65 | $ 289.03 |
| Perez | Gildardo | 6/30/04 - 8/4/04 | $ 73.90 | $ 7.51 | $ 81.41 |
| Perez | Javier | 9/28/05 - 12/21/05 | $ 50.54 | $ 5.13 | $ 55.67 |
| Perez | Primo | 3/1/06 - 3/22/06 | $ 83.78 | $ 8.51 | $ 92.29 |
| Perez | Roberto | 9/1/04 - 4/26/06 | $ 42.14 | $ 4.28 | $ 46.42 |
| Perez Solis | Pedro | 6/21/06 – 6/28/06 | $ 365.65 | $ 37.14 | $ 402.79 |
| Peterson | Les | 10/27/04 - 7/6/05 | $ 68.69 | $ 6.98 | $ 75.67 |
| Poot Tziu | Martin | 4/20/05 – 5/18/05 | $ 134.42 | $ 13.65 | $ 148.07 |
| R. Lopez | Luis Antonio | 6/23/04 - 3/8/06 | $ 1,332.97 | $ 135.40 | $ 1,468.37 |
| Ramirez | Rafael Juan | 12/8/04 - 10/19/05 | $ 520.42 | $ 52.86 | $ 573.28 |
| Ramirez | Raul Rene | 6/29/05 – 2/15/06 | $ 534.00 | $ 54.24 | $ 588.24 |
| Ramirez | Sebastian | 3/8/06 - 5/24/06 | $ 390.69 | $ 39.68 | $ 430.37 |
| Ramos | Procoro | 3/9/05 - 6/15/05 | $ 383.25 | $ 38.93 | $ 422.18 |
| Ramos | Valentine | 2/2/05 – 2/2/05 | $ 23.66 | $ 2.40 | $ 26.06 |
| Remigio | Bartolo | 7/28/04 - 11/10/04 | $ 467.87 | $ 47.52 | $ 515.39 |
| Reteguin | Jose Luis | 4/20/05 - 5/4/05 | $ 106.46 | $ 10.81 | $ 117.27 |
| Sanchez | Agustin Vicente | 6/23/04 – 6/28/06 | $ 3,308.76 | $ 336.09 | $ 3,644.85 |
| Sanchez | Felix | 11/3/04 - 12/15/04 | $ 31.91 | $ 3.25 | $ 35.16 |
| Sanchez | Hector | 6/22/05 - 11/9/05 | $ 559.67 | $ 56.85 | $ 616.52 |
| Sanchez | Jesus | 12/15/04 - 2/8/06 | $ 666.09 | $ 67.66 | $ 733.75 |
| Sanchez | Santiago | 3/15/06 – 4/12/06 | $ 120.29 | $ 12.22 | $ 132.51 |
| Sanchez Hernandez | Jose Luis | 3/29/06 - 6/7/06 | $ 213.75 | $ 21.71 | $ 235.46 |
| Sanchez Hernandez | Miguel | 9/1/04 – 5/3/06 | $ 64.23 | $ 6.52 | $ 70.75 |
| Santana Chan | Juan Jesus | 7/28/04 – 8/18/04 | $ 213.10 | $ 21.65 | $ 234.75 |
| Sierra | Jesus | 12/8/04 – 9/21/05 | $ 1,385.56 | $ 140.74 | $ 1,526.30 |
| Silva Reyes | Valdemar | 7/28/04 - 12/1/04 | $ 232.22 | $ 23.59 | $ 255.81 |
| Siquina | Juan Elias | 12/14/05 - 3/22/06 | $ 60.20 | $ 6.12 | $ 66.32 |

Exhibit "A" to the Consent Judgment – Page 4 of 5

| LAST NAME | FIRST NAME | PERIOD COVERED | OT BACKWAGES | LIQUIDATED DAMAGES | GROSS TOTAL |
|---|---|---|---|---|---|
| Soto Lazaro | Veraldo | 9/28/05 - 12/14/05 | $ 396.01 | $ 40.22 | $ 436.23 |
| Tobar Diaz | Luis A | 6/22/05 – 6/21/06 | $ 133.00 | $ 13.51 | $ 146.51 |
| Torres Ruelas | Jorge | 7/14/04 – 8/17/05 | $ 1,145.83 | $ 116.39 | $ 1,262.22 |
| Urbieta | Felix | 1/4/06 - 3/15/06 | $ 87.46 | $ 8.88 | $ 96.34 |
| Uribe | Jose | 6/23/04 - 8/4/04 | $ 409.82 | $ 41.63 | $ 451.45 |
| Valencia | Silvestre | 7/13/05 - 8/10/05 | $ 108.23 | $ 10.99 | $ 119.22 |
| Vallejos Hernandez | Edwin | 4/27/05 - 5/11/05 | $ 116.88 | $ 11.87 | $ 128.75 |
| Vasquez | Mateo | 6/30/04 - 6/30/04 | $ 28.00 | $ 2.85 | $ 30.85 |
| Z.H. | Martin | 12/22/04 - 02/01/06 | $ 191.79 | $ 19.49 | $ 211.28 |
| Zapata | Jose | 08/18/04 - 10/27/04 | $ 425.59 | $ 43.23 | $ 468.82 |
| Zaval Toledo | Guadalupe | 11/10/04 - 6/14/06 | $ 1,266.94 | $ 128.69 | $ 1,395.63 |
| | | GRAND TOTAL: | $ 78,759.24 | $ 8,000.00 | $ 86,759.24 |