Lawrence Brewster, Regional Solicitor
Bruce L. Brown, Associate Regional Solicitor
Office of the Solicitor
U.S. Department of Labor
1111 Third Avenue, Suite 945
Seattle, Washington 98101
(206) 553-0940

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br>Plaintiff,<br>v.<br>OREGON PALLET REPAIR, INC., a corporation; BRYCE TAYLOR, an individual, and CARLY TAYLOR, an individual<br>Defendants | CIVIL ACTION<br><br>CASE NO.3: 07-CV-293 AH<br><br>**SATSIFACTION OF JUDGMENT** |

**WHEREAS**, on February 23, 2007, a Judgment was recovered by the Plaintiff, U.S. Department of Labor, against Oregon Pallet Repair, Inc., Bryce Taylor and Carly Taylor in the above-entitled action for the sum of $86,759.24, as well as other injunctive relief; and

**WHEREAS** the monetary obligations of said Judgment have been fully paid by the Defendants;

**THEREFORE** satisfaction of the monetary portion of said Judgment is hereby acknowledged and the Clerk of the Court is hereby authorized and directed to cancel and discharge the same.

The injunctive orders entered on February 23, 2007 remain in full force and effect.

//

//

**OREGON PALLET SATISFACTION OF JUDGMENT PAGE 1 OF 2**

DATED this __28__ day of __Dec_____, 2007

_____
ANCER L. HAGGERTY,
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

**UNITED STATES DEPARTMENT OF LABOR**

Lawrence Brewster
Regional Solicitor

Bruce L. Brown
Associate Regional Solicitor


By ____/s_____
   Bruce L. Brown
   Associate Regional Solicitor

Dated: _December 21, 2007_